

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER STRIKING DOCUMENT FOR NONCOMPLIANCE
## WITH THE TEXAS RULES OF APPELLATE PROCEDURE

Cause Number:     01-20-00729-CV

Style:     Bernard S. Williams v. Patrice Nicole Paul

Type of document:     Appellant's Brief

Date document filed:     September 14, 2020

Document filed by:     Appellant

The brief of appellant, Bernard S. Williams, does not comply with the Texas Rules of Appellate Procedure 9.5. *See* TEX. R. APP. P. 9.5 (requiring filing party to serve copy of document on all parties to proceeding). Appellant's brief also fails to adhere to most of the requirements of an appellant's brief. *See* TEX. R. APP. P. 38.1(a)-(k). Accordingly, appellant's brief is **struck**. *See* TEX. R. APP. P. 38.9(a). Appellant is granted **20 days from the date of this order** to file a corrected brief complying with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 38.1. Appellee, Patrice Nicole Paul, may file an appellee's brief within 30 days of the filing of appellant's corrected brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature:  _____/s/ Sherry Radack_____
          ☑   Acting individually     ☐   Acting for the Court

Panel consists of _____

Date:   December 15, 2020